UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WILSTERMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DELPHINUS ENGINEERING, INC.,<br><br>    Defendant. | )<br>)<br>)   Civil Action No.: 24-cv-1810<br>)   Honorable Paul S. Diamond<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Jason Wilsterman ("Plaintiff"), through his attorneys, individually and on behalf of all others similarly situated, with the consent of Defendant, hereby move this Court to:

1. Grant preliminary approval of the Settlement described in the "Settlement Agreement" between Jason Wilsterman and Defendant Delphinus Engineering, Inc. ("Defendant" or "Delphinus");

2. Approve the notice plan set forth in the Settlement Agreement;

3. Appoint Simpluris as Settlement Administrator;

4. Preliminarily certify the Settlement Class for settlement purposes only under Rule 23;

5. Appoint Jason Wilsterman as Representative of the Class;

6. Appoint Cassandra P. Miller of Strauss Borrelli PLLC as Settlement Class Counsel;

7. Approve the form and content of the Short Form Notice (Exhibit A), Long Form Notice (Exhibit B), and Claim Form (Exhibit C), all attached to the Settlement, respectively;

8.      Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Cassandra P. Miller ("Miller Decl."), filed herewith as Appendix 1; (4) the Settlement Agreement filed herewith as Exhibit 1 to the Miller Declaration ; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement (Exhibit D to the Agreement); (8) the [Proposed] Final Approval Order (Exhibit E to the Agreement); (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: January 14, 2025                                  Respectfully Submitted,

/s/ *Patrick Howard*
Patrick Howard (PA ID #88572)
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
phoward@smbb.com

Cassandra P. Miller*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave, Suite 1610
Chicago, IL 60611
(872) 263-1100
cmiller@straussborrelli.com
**Appearing pro hac vice*

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>                             /s/ Patrick Howard
>                             Patrick Howard