# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WILSTERMAN, individually and on behalf of all others similarly situated,<br>　　　Plaintiff,<br><br>　　v.<br><br>DELPHINUS ENGINEERING, INC.,<br>　　　Defendant. | :<br>:<br>:<br>:　Civ. No. 24-1810<br>:<br>:<br>:<br>: |

## Order

**AND NOW**, this 10th day of June, 2025, it is hereby **ORDERED** that the Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 23) is **DENIED without prejudice.**

　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.

1