UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WILSTERMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELPHINUS ENGINEERING, INC.,<br><br>Defendant. | Case No. 2:24-cv-01810-PD<br><br>Judge Paul S. Diamond |

**PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Jason Wilsterman ("Plaintiff"), through his undersigned counsel and with the consent of Defendant Delphinus Engineering, Inc. ("Defendant" or "Delphinus"), respectfully submits this Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiff respectfully moves the Court to enter an order:

1. Granting preliminary approval of the Settlement described in the "Settlement Agreement" between Jason Wilsterman and Defendant Delphinus Engineering, Inc. ("Defendant" or "Delphinus");

2. Preliminarily certifying the Settlement Class for settlement purposes only pursuant to Rule 23;

3. Appointing Plaintiff Jason Wilsterman as Class Representative;

1

4. Appointing Cassandra P. Miller of Strauss Borrelli PLLC as Settlement Class Counsel;

5. Appointing Simpluris as Settlement Administrator;

6. Approving the form and manner of the proposed Short Form Notice (Ex. A), Long Form Notice (Ex. B), and Claim Form (Ex. C), as attached to the Settlement Agreement;

7. Approving the proposed notice plan set forth in the Settlement;

8. Scheduling a Final Approval Hearing to determine whether the Settlement should be finally approved as fair, reasonable, and adequate, whether the Settlement Class should be finally certified, and to rule on any applications for attorneys' fees, costs, and service award.

This Renewed Motion is supported by: (1) this Motion; (2) the accompanying Memorandum; (3) the Declaration of Cassandra P. Miller ("Miller Ren. Decl."); (4) the Settlement Agreement filed herewith as Exhibit 1 to the Miller Declaration ; (5) The proposed Notice documents and Claim Form (Exs. A–C to the Agreement); (6) The [Proposed] Order Granting Preliminary Approval (Ex. D); (7) The [Proposed] Final Approval Order (Ex. E), along with the pleadings and filings in this case, and any further evidence or argument as the Court may consider.

Dated: July 8, 2025         By: */s/ Cassandra Miller*
                            Cassandra Miller (*pro hac vice*)
                            STRAUSS BORRELLI PLLC
                            One Magnificent Mile
                            980 N Michigan Avenue, Suite 1610
                            Chicago IL, 60611
                            Telephone: (872) 263-1100
                            Facsimile: (872) 263-1109
                            cmiller@straussborrelli.com

                            Patrick Howard (NJ Bar No. 02280-2001)
                            SALTZ MONGELUZZI &
                            BENDESKY, P.C.
                            8000 Sagemore Dr., Suite 8303
                            Marlton, NJ 08053
                            Telephone: (215) 575-3895
                            phoward@smbb.com

                            *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Cassandra Miller, hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system. DATED this 8th day of July, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Cassandra Miller*
            Cassandra Miller
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            cmiller@straussborrelli.com