# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WILSTERMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELPHINUS ENGINEERING, INC.,<br><br>Defendant. | Case No. 2:24-cv-01810-PD<br><br>Judge Paul S. Diamond |

## PLAINTIFF'S UNOPPOSED RENEWED MOTION FOR APPROVAL OF REVISED NOTICES, APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND SCHEDULING OF <u>FINAL APPROVAL HEARING</u>

Pursuant to the Court's November 14, 2025 Order (Dkt. 44), Plaintiff Jason Wilsterman ("Plaintiff"), through undersigned counsel and with the consent of Defendant Delphinus Engineering, Inc. ("Defendant" or "Delphinus"), individually and on behalf of the provisionally certified Settlement Class, respectfully moves the Court for entry of an order: (1) approving the revised Short Form Notice, Long Form Notice, Claim Form, and notice plan; (2) appointing Simpluris, Inc. as Settlement Administrator; and (3) scheduling a Final Approval Hearing. In support, Plaintiff states as follows:

1

respectfully submits this Amended Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiff respectfully moves the Court to enter an order:

1. On November 14, 2025, the Court granted in part and denied in part Plaintiff's Renewed Motion for Preliminary Approval of Class Action Settlement. (Doc. 44.) Among other things, the Court:

- Conditionally certified the Settlement Class;
- Appointed Plaintiff as Class Representative;
- Appointed Strauss Borrelli PLLC as Class Counsel; and
- Preliminarily approved the Settlement Agreement submitted as Exhibit 2 to Doc. 42.

2. The Court denied approval of the previously-submitted notice materials due to a factual misstatement concerning the maximum attorneys' fee percentage, and directed Plaintiff to submit revised notice documents for approval. (Doc. 44 at 8–9 ¶ 5).

3. Pursuant to the Court's Order, Plaintiff has now prepared revised Short Form and Long Form Notices which:

- Correctly state that Class Counsel will seek fees not exceeding 30% of the Settlement Fund (up to $105,000);
- Correctly describe reimbursement of litigation expenses of up to $10,000;
- Correct technical notice issues; and

2

- Conform exactly to the Revised Settlement Agreement (Doc. 42-2) and the Court's ruling.

Copies of both a redlined and clean version are attached as **Exhibits A** and **B**, respectively.

4. Plaintiff requests that the Court appoint Simpluris, Inc. as Settlement Administrator. Plaintiff selected Simpluris for its experience administering data breach settlements, its proposed costs are reasonable, and Defendant does not oppose appointment.

5. Plaintiff further requests that the Court schedule a Final Approval Hearing at the Court's convenience any time after March 24, 2026, consistent with Fed. R. Civ. P. 23 and the Class Action Fairness Act ("CAFA").

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed Order submitted herewith, which: (1) Approves the revised Short Form Notice, Long Form Notice, Claim Form, and notice plan; (2) Appoints Simpluris, Inc. as Settlement Administrator; (3) Directs the implementation of the notice plan consistent with the Settlement Agreement; and (4) Sets a Final Approval Hearing on a date convenient to the Court after March 24, 2026.

Dated: November 24, 2025            By: <u>*/s/ Patrick Howard*</u>
                                                 Patrick Howard (Atty ID #88572)
                                                 **SALTZ MONGELUZZI & BENDESKY, P.C.**
                                                 1650 Market Street, 52nd Floor
                                                 Philadelphia, PA 19103
                                                 Telephone: (215) 575-3895
                                                 phoward@smbb.com

                                                 Cassandra Miller (*pro hac vice*)
                                                 **STRAUSS BORRELLI PLLC**
                                                 One Magnificent Mile
                                                 980 N Michigan Avenue, Suite 1610
                                                 Chicago IL, 60611
                                                 Telephone: (872) 263-1100
                                                 Facsimile: (872) 263-1109
                                                 cmiller@straussborrelli.com

                                                 *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Patrick Howard, hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 24 day of November, 2025.

>  */s/ Patrick Howard*
> Patrick Howard (Atty ID #88572)
> **SALTZ MONGELUZZI & BENDESKY, P.C.**
> 1650 Market Street, 52nd Floor
> Philadelphia, PA 19103
> Telephone: (215) 575-3895
> phoward@smbb.com