# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON WILSTERMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELPHINUS ENGINEERING, INC.,<br><br>Defendant. | Case No. 2:24-cv-01810-PD<br><br>Hon. Paul S. Diamond |

## PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEE AWARD AND EXPENSES AND SERVICE AWARD

Plaintiff hereby moves for an award of attorneys' fees, expenses, and a service award as follows: (i) $105,000.00 in attorneys' fees for Class Counsel; (ii) up to $10,000.00 in litigation expenses; and (iii) a $5,000.00 Service Award to the Class Representative. Plaintiff incorporates the accompanying Memorandum of Law in Support of this Motion as if fully set forth herein. Plaintiff will present this Motion and respectfully request that the Court rule on it at the Final Approval Hearing scheduled for March 31, 2026. For the reasons stated therein, Plaintiff respectfully requests that the Court grant this Motion.

Dated: February 10, 2026          By: <u>*/s/ Patrick Howard*</u>
Patrick Howard (Atty ID #88572)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3895
phoward@smbb.com

Cassandra Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF UNCONTESTED MOTION**

I, Cassandra Miller, counsel for Plaintiff, hereby certify that the foregoing Motion is uncontested. Counsel for Defendant has been consulted and does not oppose the relief requested.

Dated: February 10, 2026            By: */s/ Patrick Howard*  
                                        Patrick Howard

## **CERTIFICATE OF SERVICE**

I, Patrick Howard, hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system. DATED this 10th day of February, 2026.

                                    */s/ Patrick Howard*
                                    Patrick Howard