**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON WILSTERMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELPHINUS ENGINEERING, INC.,<br><br>Defendant. | Case No. 2:24-cv-01810-PD<br><br>Judge Paul S. Diamond |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Jason Wilsterman ("Plaintiff"), on behalf of all others similarly situated, hereby submits this Unopposed Motion for Final Approval of Class Action Settlement. In support of this Motion, Plaintiff relies on the attached Memorandum in Support, the supporting Exhibits, and oral argument during the Final Approval Hearing that is set for March 31, 2026.[1]

[1] Concurrent with this Motion, the Parties are filing a Motion to Continue the Final Approval Hearing and to issue Supplemental Notice to a limited group of inadvertently omitted Settlement Class Members. If granted, the Parties respectfully request that the Court defer ruling on final approval and refrain from entering a Final Approval Order at this time. Plaintiff will supplement this Motion following completion of the supplemental notice process and expiration of the applicable deadlines so the Court may consider a complete record.

Dated: March 17, 2026

Respectfully submitted,

By: /s/ Cassandra P. Miller
Cassandra P. Miller (*pro hac vice*)
Stephen J. Pigozzi (*pro hac vice forthcoming*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
spigozzi@straussborrelli.com

Patrick Howard (Atty ID #88572)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3895
phoward@smbb.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF UNCONTESTED MOTION

I, Cassandra Miller, counsel for Plaintiff, hereby certify that the foregoing Motion is uncontested. Counsel for Defendant has been consulted and does not oppose the relief requested.

Dated: March 17, 2026 Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 17th day of March, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com