**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON WILSTERMAN, on behalf of himself and all others similarly situated,** <br> **Plaintiff,** | : | |
| **v.** | : | **Civ. No. 24-1810** |
| **DELPHINUS ENGINEERING, INC.,** <br> **Defendant.** | : | |

**J U D G M E N T**

**AND NOW**, this 11th day of September, 2026, after holding a final fairness hearing, and upon consideration of Plaintiff's Unopposed Motion for Attorneys' Fee Award and Expenses and Service Award (Doc. No. 48), Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (Doc. No. 49), and all related submissions, it is hereby **ORDERED** as follows:

1. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement is **GRANTED**. The Settlement Agreement (including the Release) is finally approved and shall be consummated in accordance with its terms. The Class is finally certified for settlement purposes only pursuant to Rule 23. Fed. R. Civ. P. 23. Jason Wilsterman is finally appointed as Class Representative and Plaintiff's Counsel (Strauss Borrelli PLLC) is finally appointed as Class Counsel;

2. Plaintiff's Unopposed Motion for Attorneys' Fee Award and Expenses and Service Award (Doc. No. 48) is **GRANTED**. Counsel is awarded $105,000.00 in fees and $1,830.25 in litigation expenses. Class Representative is awarded a $5,000.00 service award;

3. All claims against Defendant are **DISMISSED with prejudice** in accordance with the terms of the Settlement Agreement. The **CLERK OF COURT** shall **CLOSE** this case. See Fed. R. Civ. P. 54(b); and

4. The Court will retain exclusive jurisdiction over this action, Plaintiff and all members of the Settlement Class, and Defendant, to determine all matters relating in any way to this Final Judgment and Order or the Settlement Agreement, including but not limited to, issues surrounding the administration, implementation, interpretation, or enforcement of the Settlement Agreement and this Order.

5. This Order, the Agreement, and the existence and nature of the Settlement are not, and shall not be construed as, an admission by Defendant of any liability or wrongdoing in this or in any other proceeding.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.